# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 3837 | **DATE** | 5/22/12 |
| **CASE TITLE** | Anthony Davis (#A-62475) v. Cermak Health Source, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to proceed *in forma pauperis* [3] is granted. The Court authorizes the trust fund officer at Plaintiff's place of confinement to deduct $4.40 from Plaintiff's account, and to continue making monthly deductions in accordance with this order. The Clerk shall send a copy of this order to the trust fund officer at the Stateville Correctional Center. The Clerk shall issue summonses to the Defendants and send Plaintiff a Magistrate Judge Consent Form, Instructions for Submitting Documents, and a copy of this order. Plaintiff's motion for appointment of counsel [4] is granted. The Court appoints Monica L. Thompson of DLA Piper US LLP IL, 203 North LaSalle Street, 20th Floor, Chicago, Illinois 60601, 312-368-4000, to represent Plaintiff in accordance with counsel's trial bar obligations under the District Court's Local Rule 83.37.

■ [For further details see text below.]

Docketing to mail notices.

## STATEMENT

Plaintiff, Anthony Davis, a prisoner at Stateville Correctional Center, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff's motion for leave to proceed *in forma pauperis* is granted. Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is assessed an initial partial filing fee of $4.40. The trust fund officer at the Stateville Correctional Center is authorized and ordered to collect, when funds exist, the partial filing fee from Plaintiff's trust fund account and pay it directly to the Clerk of Court. After payment of the initial partial filing fee, Plaintiff's trust fund officer is directed to collect monthly payments from Plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments shall be forwarded to the Clerk of Court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify Plaintiff's name and the case number assigned to this action. The trust fund officer shall notify transferee authorities of any outstanding balance in the event Plaintiff is transferred from the jail to another correctional facility.

Under 28 U.S.C. § 1915A, the Court is required to conduct a prompt initial review of prisoner complaints against governmental entities or employees.

Plaintiff alleges that in May 2010, he was diagnosed with pancreatic cancer. At that time, Dr. Ghosh informed Plaintiff that he would be sent for treatment once funds were approved by Wexford Health Source, Inc. Since that time, Plaintiff has not received any treatment for his cancer and he has submitted several grievances and formal complaints to, and against, the named Defendants regarding the lack of proper medical treatment. Plaintiff continues to have severe pain and weight loss. The Defendants must respond to Plaintiff's complaint.

The United States Marshals Service is appointed to serve the Defendants. Any service forms necessary for Plaintiff to complete will be sent by the Marshal as appropriate to serve Defendants with process. The U.S. Marshal is directed to make all reasonable efforts to serve Defendants. With respect to any former employee who can no longer be found at the work address provided by Plaintiff, the Illinois Department of Corrections and/or Wexford Health Source, Inc., shall furnish the Marshal with Defendant's last-known address. The information shall be used only for purposes of effectuating service [or for proof of service, should a dispute arise] and any documentation of the address shall be retained only by the Marshal. Address information shall not be maintained in the court file, nor disclosed by

| STATEMENT |
|---|
| the Marshal. The Marshal is authorized to mail a request for waiver of service to Defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.<br>     Furthermore, in light of the seriousness of Plaintiff's allegations and the need for medical attention, Plaintiff's motion for appointment of counsel is granted. The Court appoints Monica L. Thompson of DLA Piper US LLP IL, 203 North LaSalle Street, 20th Floor, Chicago, Illinois 60601, 312-368-4000, to represent Plaintiff in accordance with counsel's trial bar obligations under the District Court's Local Rule 83.37. Failure of Plaintiff to notify the Court and counsel of any change in mailing address or telephone number may result in dismissal of this lawsuit with prejudice. |

2012 MAY 24 PM 4:20
U.S. DISTRICT COURT